# Court of Appeals
# of the State of Georgia

ATLANTA,  April 29, 2026

*The Court of Appeals hereby passes the following order:*

## A26A1265. TYRONE ERIC TAYLOR-SHORTER v. HOWARD E. MCCLAIN, et al.

Acting on behalf of the minor child Tristen Taylor-Shorter, the Georgia Department of Human Services filed a child support action against the child's putative father, Tyrone E. Taylor-Shorter. After being served with the lawsuit, Tyrone filed a number of motions, including a motion to dismiss based on the State's failure to demonstrate its authority to pursue the child support action. On August 19, 2025, the trial court entered an order denying all motions and entering a temporary child support award against Tyrone. Tyrone then filed an additional four motions challenging the award of child support, the trial court's jurisdiction, and the State's authority to pursue the child support action. Before the trial court had an opportunity to rule on those motions, Tyrone filed the underlying petition challenging the trial court's rulings in the child support action and seeking writs of mandamus and prohibition. The trial court granted the State's motion to dismiss the petition, and Tyrone filed this direct appeal. The State has moved to dismiss the appeal, arguing that this Court lacks jurisdiction. We agree.

"OCGA § 5-6-35(a)(2) provides, without exception, that appeals in 'domestic relations cases' must be brought by application for discretionary appeal." *Booker v. Ga. Dep't of Human Res.*, 317 Ga. App. 426, 426 (731 SE2d 110) (2012) (citation and punctuation omitted). And a case involving a parent's obligation to provide support for his or her minor child constitutes a domestic relations case, subject to the discretionary application requirements. Id. at 427. See also *Smoak v. Dep't of Human*

*Res.*, 221 Ga. App. 257, 257 (471 SE2d 60) (1996). "Compliance with the discretionary appeals procedure is jurisdictional." *Hair Restoration Specialists v. State of Ga.*, 360 Ga. App. 901, 903 (862 SE2d 564) (2021). Because Taylor-Shorter's failure to follow the discretionary appeal procedure deprives us of jurisdiction, the State's motion is GRANTED and this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,*___04/29/2026_____

      *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

      *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*